# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145175

CONNIE G. RODENHISER and JEANNIE
RODENHISER, Co-personal Representatives
of the ESTATE OF ELLEN S. MULLIN,
       Plaintiffs-Appellants,

v

RENE MARCO DUENAS,
       Defendant-Appellee.

SC: 145175
COA: 303192
Kalamazoo CC: 2009-007804-DZ

_____/

On order of the Court, the application for leave to appeal the April 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

Clerk

p0917